UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

## NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE OF VIOLATION NOTICE |
|---|---|---|
| 9722554 | OS52 | June 24, 2021 |

You are notified that you must appear and respond to this violation at the following address on the date circled below:

**Walter H. Rice Federal Building & U.S. Courthouse
200 West Second Street
Fifth Floor, Courtroom 4
Dayton, Ohio 45402**

In calendar year 2021, court will be held on the following dates. You **must** appear on the date circled below:

January 28, 2021 at 2:30 pm      July 29, 2021 at 2:30 pm

February 25, 2021 at 2:30 pm    August 26, 2021 at 2:30 pm

March 25, 2021 at 2:30 pm        September 30, 2021 at 2:30 pm

April 29, 2021 at 2:30 pm          October 28, 2021 at 2:30 pm

May 27, 2021 at 2:30 pm           November 18, 2021 at 2:30 pm

(June 24, 2021 at 2:30 pm)        December 30, 2021 at 2:30 pm

**FAILURE TO APPEAR AS REQUIRED ON THE DATE AND TIME ABOVE MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST**

Defendant's Signature: _Doug Powers_

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- ☑ my personal observation
- ☑ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/09/2021  Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

---

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS-52 | 9722554 | T. JENKINS | 4698 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 05/09/2021 0323
Offense Charged: ☑ CFR ☐ USC ☐ State Code
33 CFR 1.218 (b), (06)
Place of Offense: Building 330/5 South

Offense Description: Factual Basis for Charge  HAZMAT ☐
Failure to comply with signs of a Directive and Restrictive Nature Posted for Safety Purposes.

**DEFENDANT INFORMATION**  Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| POWERS | DOUGLAS | E |

Drivers License No.: RN192889  D.L. State: OH  1963 0418

☑ Adult ☐ Juvenile  Sex: ☑ Male ☐ Female  Hair: BRO  Eyes: BRO  Height: 6'03  Weight: 242

**VEHICLE**  VIN:  CMV ☐
Tag No.  State  Year  Make/Model  PASS ☐  Color

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address  Date  Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Doug Powers

Original - CVB Copy

*9722554*

Violation Number: 9722554  CVB Location Code: 0552

I state that on 05/09/202; while exercising my duties as a law enforcement officer in the Southern District of Ohio

On Sunday, May 9, 2021 at 0323, I was dispatched to building 330/5 South to investigate a patient smoking in his room. Mr. Powers denied smoking in his room to 5 South staff but to me, he admitted smoking in his room. he cooperated with me by signing both, his citation and his Notice to Appear form.

Officer's Name: Officer T. Jenkins



Case Number **3521000**

**DEPARTMENT OF VETERANS AFFAIRS POLICE**
552 - DAYTON VAMC - VISN 10
4100 W. 3RD STREET
DAYTON, OH, 45428

## Incident Report

**Reported by:** JENKINS, TERRANCE E

| | | | |
|---|---|---|---|
| **Incident Types Label** | FEDERAL : CFR : 38 CFR 1.218(B) : [90Z] - (06) FAILURE TO COMPLY WITH SIGNS OF A DIRECTIVE AND RESTRICTIVE NATURE POSTED FOR SAFETY PURPOSES (MISDEMEANOR) | **Incident Disposition** | CITED AND RELEASED |
| **Offender** | POWERS, DOUGLAS EUGENE (SUSPECT) | | |

| Report Disposition | Method of Reporting | |
|---|---|---|
| | PHONE | |
| **Report Recorder** | **Manager/Supervisor On Duty** | **Manager/Supervisor Notified** |
| JENKINS, TERRANCE E | CALDWELL, WILLIAM E | YES |
| **Incident Occurred Date** | **Incident Occurred End Date** | **Incident Discovered / Called In** |
| 05/09/2021 at 0319 | 05/09/2021 at 0500 | 05/09/2021 at 0323 |
| **Location** | **Specific Location** | |
| DAYTON VA MEDICAL CENTER : BUILDING : B330 | 5 SOUTH/ROOM 5D-119 | |

**Report Synopsis/Overview**

Police was dispatched to building 330/5 South to investigate a patient smoking in his room. Patient was contacted and issued a citation for failure to comply with signs and directives.

### Contact # 1 (VA EMPLOYEE)

| Full Name | | | |
|---|---|---|---|
| STACY SHAY SCHUTTE | | | |
| **Age** | **Date of Birth** | **Gender** | **Race** |
| 42 | 02/18/1979 | FEMALE | WHITE |
| **Height** | **Weight** | **Hair Color** | **Eye Color** |
| 5'04" | 172 | BLACK | GRAY |
| **Department** | | **Title** | |
| NURSING SERVICE | | | |

#### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 2487 | | HAWTHORNE | COURT | |
| **City** | **State** | **Zip** | **Country** | **Address Type** |
| BROOKVILLE | OHI | 45309 | | HOME |

### Contact # 2 (SUSPECT)

| Full Name | | |
|---|---|---|
| DOUGLAS EUGENE POWERS | | |
| **Drivers License** | **Drivers LicenseState** | **Email Address** |
| RN192889 | OH | |

| Prepared By: | Submitted Date |
|---|---|
| JENKINS, TERRANCE E(TERRANCE.JENKINS@VA.GOV) | 05/10/2021 0249 |
| **Signature** | **Reviewed By/Date** |
| | JOHNSON, LACARIO A 05/10/2021 1247 |

Page 1 of 2

| Case Number | | | | | |
|---|---|---|---|---|---|
| Age | Date of Birth | Gender | Race | | |
| 58 | 01/09/1963 | MALE | WHITE | | |
| Height | Weight | Hair Color | Eye Color | | |
| 6'03" | 242 | BROWN | BROWN | | |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 400 | WEST | COLUMBUS | ROAD | L |
| City | State | Zip | Country | Address Type |
| S CHARLESTON | OH | 45368 | | HOME |

**Phones :**
(HOME) 9374629205

### Narrative text

On Sunday, May 9, 2021 at 0323, I was dispatched to building 330/5 South to investigate a patient smoking in his room.

Upon arrival I met with Nursing Assistant (NA) Stacy Schultz in front of (suspect) Mr. Eugene Powers room.

My investigation revealed when I entered the 5 South Ward, I can smell cigarette smoke as it became stronger the closer I came to Powers room. Schultz told me he has been denying smoking in the room.

Powers was asleep when I entered his room. I woke him up, introduced myself as Police Officer Jenkins and I asked Powers if he was smoking, he paused for a quick moment and I advised "do not lie to me", and he admitted he was smoking in his bathroom and flushed the cigarette down the toilet. I asked Powers if he knew that smoking was illegal in the hospital and he stated "yes, he knew".

I informed Powers, I will be issuing him a USDCVN 9722554 for 38 CFR 1.218 (b): (90Z) (06) Failure to comply with Signs of a Directive and Restrictive Nature-Posted for Safety Purposes.

At 0500, I issued Powers his USDCVN and Notice to Appear form for Veterans Court, which Powers signed both forms.

Case Closed.

| Prepared By: | Submitted Date |
|---|---|
| JENKINS, TERRANCE E(TERRANCE.JENKINS@VA.GOV) | 05/10/2021 0249 |
| Signature | Reviewed By/Date |
| *[signature]* | JOHNSON, LACARIO A 05/10/2021 1247 |

Page 2 of 2